IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
C.A. No. 5:21-cv-00030-KDB-DSC

NATHAN HAMILTON CHURCH,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS INC. and
TRANS UNION LLC,

    Defendants.

# ORDER

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Chris J. Lopata]" (document #11). For the reasons set forth therein, the Motion will be granted

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Kenneth D. Bell, Jr.

**SO ORDERED**.

Signed: March 4, 2021

David S. Cayer
United States Magistrate Judge