# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:21-CV-00030-KDB-DSC

| | |
|---|---|
| NATHAN HAMILTON CHURCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| EQUIFAX INFORMATION SERVICES ) | |
| LLC et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on "Motion for Admission *Pro Hac Vice* and Affidavit [for Paul W. Sheldon]" (document # 27) filed May 19, 2021. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: May 20, 2021

David S. Cayer
United States Magistrate Judge